**United States Bankruptcy Court**
**Central District Of California**

In re:
Jesse Carl Keene
Gwendolyn P Keene

CHAPTER NO.: 13

CASE NO.: 2:14−bk−22514−SK

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

- ☒ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
- ☒ Debtor's Certification of Employment Income (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: June 30, 2014

**By: Bernardita T. Mercene**
**Deputy Clerk**

ccdn − Revised 06/2014                                      **1 /**